# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2026-2023; 2026-2032

**Short Case Caption:** Morwood v. DOJ

**Filing Party** Dion A. Morwood

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

Issues to be raised on appeal:

Did the MSPB have jurisdiction over Appellant's appeal?

Relief awarded below (if damages, specify): ■ None/Not Applicable

Briefly describe the judgment/order appealed from:

The Administrative Judge concluded that the Board lacked jurisdiction.

Nature of Judgment (select one:)

Date of Judgment: 05/11/2026

- ☒ Final Judgment, 28 USC § 1295
- ☐ Rule 54(b)
- ☐ Interlocutory Order (specify type) ____________________
- ☐ Other (explain) ____________________

Date: 07/23/2026

Signature: Michael Ellement

Name: Michael Ellement