# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

**Case Number** 26-2032

**Short Case Caption** Acosta v. DOJ

**Instructions.** Use this form only to file a joint stipulation of voluntary dismissal pursuant to Fed. R. App. P. 42(b)(1). This form may not be used if a motion is required pursuant to Fed. R. App. P. 42(b)(2)-(3). Below, please identify each case number to be dismissed separately, including any consolidated case numbers.

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all parties hereby stipulate to the voluntary dismissal of the below-noted case number(s):

Petitioner Jesus Ybarra, MSPB No. DA-0752-25-0776-I-1, withdraws from the above-captioned Appeal.

Costs are to be assigned as follows:

- [x] Each side shall bear their own costs.
- [ ] Other:

Date: 07/28/2026

Signature: /s/Michelle Bercovici
Name: Michelle Bercovici
Party Name: Petitioner Jesus Ybarra

Date: 07/28/2026

Signature: /s/ Daniel Aguilar
Name: Daniel Aguilar
Party Name: DOJ and Director of OPM

- [ ] Additional pages attached